IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BONITA FILS on behalf of herself and all others similarly situated, | § § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO: 4:20-cv-02134 |
| INTERNET REFERRAL SERVICES, LLC | § § § § § | |
| Defendant. | § | |

## ORDER DENYING MOTION TO COMPEL ARBITRATION

In accordance with Federal Rule of Civil Procedure 58(a),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Internet Referral Services, LLC's Motion to Compel Arbitration and Dismiss under the Federal Arbitration Act, 9 U.S.C. §§ 2–4, is DENIED for the reasons stated on the record at the September 24, 2020, Motion Hearing.

ORDERED, that Defendant Internet Referral Services, LLC be allowed such rights and processes as allowed by law to appeal this Judgment.

Signed in Houston, Texas on  October 21 , 2020.

Hon. Keith P. Ellison
United States District Judge

27026453v.3