IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BONITA FILS on behalf of herself and all others similarly situated, | § § § § § | |
| Plaintiff, | | |
| v. | § § § | CIVIL ACTION NO: 4:20-cv-02134 |
| INTERNET REFERRAL SERVICES, LLC | § § § § | |
| Defendant. | § | |

**<u>DEFENDANT INTERNET REFERRAL SERVICES, LLC's NOTICE OF APPEAL</u>**

Notice is hereby given that Defendant Internet Referral Services, LLC hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment and Order Denying Motion to Compel Arbitration (Doc. 32) entered in this action on October 21, 2020.

Respectfully submitted,

**JACKSON WALKER LLP**

By: */s/ Joel R. Glover*
    Mark T. Josephs
    Texas Bar No. 11031400
    Federal Bar No. 427022
    Email: mjosephs@jw.com
    Edwin M. Buffmire
    Texas Bar No. 24078283
    Federal Bar No. 2313143
    Email: ebuffmire@jw.com
    2323 Ross Avenue, Suite 600
    Dallas, Texas 75201
    Telephone: 214-953-6000
    Fax: 214-953-5822

    Joel R. Glover
    Texas Bar No. 24087593
    Federal Bar No. 2221289
    Email: jglover@jw.com
    1401 McKinney, Suite 1900
    Houston, Texas 77010
    Telephone: 713-752-4200
    Fax: 713-752-4221

**ATTORNEYS FOR DEFENDANT INTERNET REFERRAL SERVICES, INC.**

## CERTIFICATE OF SERVICE

      This is to certify that on the 27th day of October 2020, the foregoing was filed with the Court's electronic filing/ECF system, which caused a Notice of Electronic Filing to be sent to all counsel of record.

                                                */s/ Joel R. Glover*  
                                                Joel R. Glover