# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
March 02, 2021
Nathan Ochsner, Clerk of Court

No. 20-20564

A True Copy
Certified order issued Mar 02, 2021

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

BONITA FILS,

*Plaintiff—Appellee,*

versus

INTERNET REFERRAL SERVICES, L.L.C.,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-2134

Before STEWART, GRAVES, and HIGGINSON, *Circuit Judges.*

PER CURIAM:

IT IS ORDERED that the joint motion of the parties to dismiss appeal without prejudice is GRANTED.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 02, 2021

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 20-20564    Fils v. Internet Referral Srv
USDC No. 4:20-CV-2134

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

cc w/encl:
    Mr. Adam Warren Aston
    Mr. Edwin McAllister Buffmire
    Mr. Don J. Foty
    Mr. Joel Robert Glover
    Mr. David Wayne Hodges
    Mr. Mark Tad Josephs
    Mr. Martin Jonathan Siegel